| .PER CURIAM.*
Plaintiff, Mark H. Foshee, filed suit against Georgia Gulf Chemical & Vinyls, L.L.C. (“Georgia Gulf’) seeking to recover certain profit-sharing distributions, as well as penalties and attorney fees. The district court rendered partial summary judgment in favor of Georgia Gulf on the issue of penalties and attorney fees, and the matter proceeded to trial on the merits. At the conclusion of trial, the district court awarded plaintiff $17,263.35 in profit sharing, with legal interest from date of demand. On appeal, the court of appeal affirmed the district court’s judgment granting partial summary judgment in favor of Georgia Gulf on the issue of penalties and attorney fees, but reversed the district court’s judgment awarding plaintiff $17,263.35 in profit sharing. Foshee v. Georgia Gulf Chemicals and Vinyls, L.L.C., 09-0530 (La.App. 1 Cir. 10/21/09), 24 So.3d 1029. Upon plaintiffs application, we granted certiorari to consider this ruling. Foshee v. Georgia Gulf Chemicals and Vinyls, L.L.C., 09-2477 (La.2/26/10), 28 So.3d 263.
After hearing oral arguments and reviewing the record, we conclude there is no error in the judgment of the court of appeal. Accordingly, we affirm that judgment.
KNOLL, J., dissents and assigns reasons.
WEIMER, J., dissents.
CIACCIO, Justice ad hoc, dissents for the reasons assigned by KNOLL, J.

 Retired Judge Phillip C. Ciaccio, assigned as Justice ad hoc, sitting for Chief Justice Catherine D. Kimball.